UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| In re | Case No. 17-10812-MSH |
|---|---|
| Donna Lorena Williams, | Chapter 13 |
| Debtor. | |

## MOTION TO APPROVE LOAN MODIFICATION

Now Comes Nationstar Mortgage LLC and states that a loan modification was entered into, subject to this Court's approval, by Nationstar Mortgage LLC and Donna Lorena Williams.

Nationstar Mortgage LLC is the holder of the first mortgage on the property located 111 Garfield Avenue, Boston, MA  02136.  A copy of the modification agreement has been attached hereto as Exhibit A.  The terms of the loan modification are summarized, in part, as follows:

1. New Maturity date:  May 1, 2057.

2. New Principal Balance:  $168,332.18.

3. Payment schedule:

| Years | Interest rate | Interest Rate Change date | Monthly Prin & Int Payment amount | Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins on | Number of Monthly payments |
|---|---|---|---|---|---|---|---|
| 1-40 | 4.00% | May 1, 2017 | $703.52 | $300.63 May adjust periodically | $1,004.15 May adjust periodically | June 1, 2017 | 480 |

* The escrow payments may be adjusted periodically in accordance with applicable law and therefore the total monthly payment may change accordingly

In Re: Donna Lorena Williams
Case No. 17-10812-MSH
CHAPTER 13

WHEREFORE, Nationstar Mortgage LLC respectfully requests that this Court Approve said loan modification.

Respectfully submitted,

Nationstar Mortgage LLC, For U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1

By its Attorney

Richard T. Mulligan, Esquire
BBO# 567602
Harmon Law Offices, P.C.
P.O. Box 610389
Newton, MA 02461-0345
(617) 558-0500
617-243-4049 (fax)
mabk@harmonlaw.com

Dated: June 23, 2017

RTM/VRP/201704-0128/Williams, Donna

In Re: Donna Lorena Williams
Case No. 17-10812-MSH
CHAPTER 13

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| IN RE: | CHAPTER 13 |
|---|---|
| Donna Lorena Williams | CASE NO. 17-10812-MSH |

## CERTIFICATE OF SERVICE

I, Richard T Mulligan, Esquire, state that on June 23, 2017, I electronically filed the foregoing document on behalf of Nationstar Mortgage LLC, for U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
William P. Brearley, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

Richard T Mulligan, Esquire
BBO# 567602
Harmon Law Offices, P.C.
P.O. Box 610389
Newton, MA 02461-0345
(617) 558-0500
617-243-4049 (fax)
mabk@harmonlaw.com

Donna Lorena Williams
111 Garfield Ave Apt 1
Hyde Park, MA 02136-3309

RTM//201704-0128/Williams, Donna